UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>GAMALIEL SALAS-MENDOZA,<br><br>       Defendant. | No.  1:13-cr-00027 – AWI - 2<br><br>**ORDER REDUCING SENTENCE**<br>**PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The defendant was convicted of conspiracy to distribute methamphetamine, heroin, and cocaine and conspiracy to possess methamphetamine, heroin, and cocaine with the intent to distribute in violation of 21 U.S.C. §§ 841 and 846. Doc. 45 at 1. On those charges, the sentencing court sentenced defendant to a term of 140 months. Doc. 45 at 2. The parties agree and, as described below, the Court finds that Mr. Salas is entitled to the benefit Amendment 782.

The sentencing court found the base offense level to be 34—reduced from 38 by operation of USSG § 2D1.1(a)(5), as a result of the defendant's mitigating role—as the total drug quantity involved in the offense, converted to its marijuana equivalent, is 55,306.56 kilograms of marijuana.[1] *See* U.S.S.G. § 2D1.1(c)(1) (2013). The sentencing court granted a two-level minor role reduction and a three-level downward departure for super acceptance of responsibility,

---

[1] The actual methamphetamine was the bulk of the controlled substances found, accounting for 55,008 of the 55,306.58 kilograms of the marijuana equivalency quantity.

1

resulting in a total offense level of 29. The defendant had a criminal history category of V. The guideline range was 140 to 175 months. The sentencing court sentenced the defendant to 140 months, the low-end of the range.

Under the amended guidelines, a base offense level of 36 applies for the quantity of controlled substances possessed by the defendant. U.S.S.G. § 2D1.1(c)(2) (2015). Applying the same minor role adjustment to the base offense level that would have been applied at the defendant's original sentencing, the base offense level is 33. *See* U.S.S.G. § 2D1.1(a)(5). Applying the same minor role and acceptance of responsibility reductions, *see* U.S.S.G. 1B1.10(b)(1), results in an amended total offense level of 28. The defendant's resulting amended guideline range is 130 to 162 months.

This Court has considered the Section 3553(a) factors and, for the same reasons that the sentencing court ordered a sentence at the low-end of the the Guideline Range at the defendant's sentencing on September 15, 2014, the Court finds that the Section 3553(a) factors support a sentence at the low-end sentence of the guideline range.

IT IS HEREBY ORDERED that, as to Count 1, the defendant's term of imprisonment imposed on September 15, 2014, is reduced to a term of 130 months.  If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

///

///

///

1    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

2  remain in effect.  The clerk shall forthwith prepare an AO247 form reflecting the above

3  reduction in sentence, and shall serve certified copies of the AO247 on the United States Bureau

4  of Prisons and the United States Probation Office.

5    Unless otherwise ordered, Mr. Suarez shall report to the United States Probation Office

6  within seventy-two hours after his release.

7    The Clerk of the Court is respectfully directed to terminate this defendant and close the

8  case.

9

10  IT IS SO ORDERED.

11  Dated:   June 20, 2016                      _____

12                                          SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28